NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 11a0184n.06

**No. 09-1590**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**
**Mar 29, 2011**
LEONARD GREEN, Clerk

| | | |
|---|---|---|
| COREY A. ASKEW, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| CROPSEY, Sergeant; BUSH, Lieutenant, | ) | EASTERN DISTRICT OF MICHIGAN |
| | ) | |
| Defendants-Appellees. | ) | |
| | ) | |

Before:  SUHRHEINRICH, COLE, and COOK, Circuit Judges.

PER CURIAM.  Corey A. Askew appeals the district court's order granting summary judgment to defendants Sergeant Daniel Cropsey and Lieutenant Jeremy Bush and dismissing his state-law claims.  After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion.  Rather, we adopt the reasoning of the district court (and the magistrate judge in those instances where the district court did so) on those issues raised in this appeal and affirm the district court's judgment.[1]  To the extent that Askew argues issues not raised in the district court, we deem those arguments forfeited.  *See Dealer Computer Servs., Inc. v. Dub Herring Ford*, 623 F.3d 348, 357 (6th Cir. 2010).

---

[1]We recognize that Askew did claim that the defendants knew the exhaust fan would malfunction, despite the district court's statement to the contrary.  We nevertheless find the district court's resolution of Askew's claims persuasive.